UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

**In Re: Rebecca Smith and Doyle Smith,**

    Debtor.                                 No. 07-11299

**REPORT TO THE COURT ON UNCLAIMED
FUNDS DEPOSITED INTO THE COURT REGISTRY**

    COMES NOW the Trustee in Bankruptcy, Clarke C. Coll, and hereby reports to the Court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, the Trustee will deposit the total sum of one hundred twenty dollars and 54/100 dollars ($120.54) to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following creditor, for the following reasons, and in the following amount:

    Chevron Credit Bank,NA
    $120.54

                                         *Clarke C. Coll/S/Submitted Electronically*
                                         Clarke C. Coll, Trustee
                                         P O Box 550
                                         Roswell, NM 88202
                                         (575) 622-5440

    This will certify that a true anc correct copy of the above was delivered via CM-ECF to the US Trustee on this 20th day of July, 2010.

                                         *Clarke C. Coll/S/Submitted Electronically*
                                         Clarke C. Coll

S:\01CCC\Trustee Asset Cases\Smith\Report of unclaimed funds.wpd